

# NUMBER 13-24-00318-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DENNIS E. SMITH,**                                                                   **Appellant,**

**v.**

**TAN SCOTT TRAN AND**
**DAWNI TIARA TRAN,**                                                                  **Appellees.**

---

## ON APPEAL FROM THE 130TH DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Silva
### Memorandum Opinion by Justice Benavides

This matter is before the Court on appellant's unopposed amended motion to dismiss appeal. Appellant requests that this appeal be dismissed.

The Court, having considered appellant's unopposed amended motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore,

appellant's unopposed amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
5th day of December, 2024.